Alan Stuart Graf, OSB # 92317
alanstuartgraf@gmail.com
825 C Merrimon Ave,
PMB # 354
Asheville, NC 28804
Telephone: 931-231-4119
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**AYESHA B.**

    Plaintiff,

v.

**Commissioner of Social Security,**

    Defendant.

1:22-CV-656-CL

ORDER FOR EAJA
ATTORNEY FEES

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $8,559.94. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 139 S. Ct. 2521 (2010), payment of this award shall be made payable to Plaintiff's attorney:

Alan Stuart Graf, Attorney, 825 C Merrimon Ave. PMB # 354, Asheville, NC 28804.

    It is so ORDERED

    Dated this  1  , day of  March  2023

/s/ Mark D. Clarke
_____
MARK D. CLARKE
United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
_____
Attorney for Plaintiff

ORDER FOR EAJA FEES-1